Submitted on record and briefs June 28, reversed and remanded
September 11, 1996

KEITH ALAN CHRISTENSON,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(95C-10949; CA A89650)

923 P2d 1316

Mark J. Geiger filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Stephen L. Madkour, Assistant Attorney General, filed the brief for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

## PER CURIAM

Plaintiff brought a petition seeking a writ of habeas corpus, alleging that the Board of Parole and Post-Prison Supervision (Board) had applied the 1993 version of ORS 144.125 in determining his parole release date, although he had committed his offense in January 1987. He alleged that in doing so, the Board violated constitutional *ex post facto* protections.[1] Defendant moved to dismiss, contending that there was no *ex post facto* violation, and plaintiff filed a response to defendant's argument. After hearing arguments, the trial court granted defendant's motion to dismiss.

Application of ORS 144.125(3)(a) (1993) to a prisoner whose offense was committed before the effective date of that statute violates *ex post facto* protections. *Meadows v. Schiedler*, 143 Or App 213, 924 P2d 314 (1996). The court erred in dismissing plaintiff's petition.

Reversed and remanded.

---

[1] We have rejected plaintiff's argument made to the trial court that denial of direct judicial review of the Board's decision violated *ex post facto* and due process protections. *Shelby v. Board of Parole*, 140 Or App 102, 915 P2d 414, *rev den* 324 Or 18 (1996).